# Exhibit A

**NOTICE OF CONSENT**

I, the undersigned, a current or former employee of the defendant(s) named herein, hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all unpaid minimum wages and/or unpaid overtime wages and all other damages and amounts that I may be owed under the FLSA. By joining this collective action, I agree to be a class representative. I choose to be represented by Welmaker Law, PLLC and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to act as a party plaintiff in this collective action.

Julia Garcia
Full Name (Print)

*[signature]*
Signature

01 / 11 / 2024
Date

Doc ID: 503cc33c704f1793c25f2f95d7191005e6d773cb



Audit trail

| | |
|---|---|
| Title | Named Party Consent.pdf |
| File name | Named%20Party%20Consent.pdf |
| Document ID | 503cc33c704f1793c25f2f95d7191005e6d773cb |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**
**01 / 02 / 2024**
22:57:20 UTC
Sent for signature to Julia Garcia (juliagarcialynnnn@outlook.com) from doug@welmakerlaw.com
IP: 206.255.32.216

**VIEWED**
**01 / 02 / 2024**
22:57:37 UTC
Viewed by Julia Garcia (juliagarcialynnnn@outlook.com)
IP: 45.21.5.255

**SIGNED**
**01 / 11 / 2024**
21:43:30 UTC
Signed by Julia Garcia (juliagarcialynnnn@outlook.com)
IP: 45.21.5.255

**COMPLETED**
**01 / 11 / 2024**
21:43:30 UTC
The document has been completed.

Powered by Dropbox Sign