UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JULIA GARCIA, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **PLAINTIFF** | § § § | |
| v. | § § | CA NO. 5:24-cv-141 |
| **LACUNA AUTISM SERVICES, LLC,** | § § § § | |
| **DEFENDANT** | § | |

## DISCLOSURE OF INTERESTED PARTIES

Plaintiff Julia Garcia certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Julia Garcia
Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

        Respectfully submitted,

        /s/ Douglas B. Welmaker
        Douglas B. Welmaker
        Attorney-in-Charge
        State Bar No. 00788641
        Welmaker Law, PLLC
        409 N. Fredonia, Suite 118
        Longview, Texas 75601
        Phone: (512) 799-2048
        Email: doug@welmakerlaw.com

        **ATTORNEY FOR PLAINTIFF**