IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA GARCIA, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:24-CV-00141 |
| VS. | § § | |
| LACUNA AUTISM SERVICES LLC, | § § | |
| Defendant. | § § | |

## DEFENDANTS NOTICE OF CHANGE OF ADDRESS OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Lacuna Autism Services LLC ("Defendant") provides notice its counsel, Brent D. Hockaday, counsel of record in this case is no longer an attorney with Bell Nunnally & Martin LLP and is now attorney with K&L Gates LLP and remains as counsel for Defendant in this case. Defendant requests the Court and Plaintiff's counsel please update their service lists for Mr. Hockaday accordingly as follows:

Brent D. Hockaday
State Bar No. 24071295
Brent.Hockaday@klgates.com
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
214-939-5677

Dated this 6th Day of March 2024

**DEFENDANT LACUNA AUTISM SERVICES LLC**
**NOTICE CHANGE OF ADDRESS OF LEAD COUNSEL**                                                                 Page 1

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:     */s/ Brent D. Hockaday*
        Brent D. Hockaday
        State Bar No. 24071295
        bhockaday@bellnunnally.com

2323 Ross Ave., Suite 1900
Dallas, TX 75201
Tel: 214/740-1400
Fax: 214/740-1499

**ATTORNEY FOR DEFENDANT
LACUNA AUTISM SERVICES, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2024, a true and correct copy of the foregoing document has been sent to counsel of record as follows:

**VIA ECF**

Douglas B. Welmaker
**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, TX 75601
512-799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

        */s/ Brent D. Hockaday*
        Brent D. Hockaday