**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JULIA GARCIA, on behalf of herself**<br>**and all others similarly situated,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **CIV. NO. SA-24-CA-00141-XR** |
| **LACUNA AUTISM SERVICES LLC,** | § § § | |
| *Defendant.* | § § | |

**JOINT MOTION TO EXTEND THE DEADLINE**
**FOR FILING RULE 26(F) REPORT AND PROPOSED SCHEDULING ORDER**

Plaintiff Julia Garcia, on behalf of herself and all others similarly situated, ("Plaintiff") and Defendant Lacuna Autism Services LLC ("Defendant") (collectively, the "Parties"), through their undersigned counsel, respectfully move the Court to continue the deadline for the Parties to submit their Rule 26(f) report and Proposed Scheduling Order submissions to two weeks after Defendant's deadline to answer Plaintiff's complaint. In support of this motion, the Parties show the following:

1. On February 12, 2024, Plaintiff filed her complaint against Defendant, Julia Garcia, on behalf of herself and all others similarly situated v. Lacuna Autism Services, LLC (the "Complaint"). See ECF No. 1.

2. On February 15, 2024, Plaintiff filed an executed waiver of service of Defendant, moving the deadline for Defendant to answer the Complaint to April 15, 2024. *See* ECF No. 5.

3. On February 16, 2024, the Court issued an Order requiring the Parties to submit a proposed scheduling order and a Rule 26(f) report by March 15, 2024. *See* ECF No. 6.

4.  The Parties request the extension to allow the time for Defendant to file its answer first and because the Parties are conferring about specific procedural and forum issues that may render the scheduling order moot. Accordingly, they respectfully ask the Court for a brief extension to two weeks beyond Defendant's deadline to Answer the Complaint to submit the proposed scheduling order and the 26(f) report.

## CONCLUSION

WHEREFORE, the Parties respectfully request the Court extend the deadline to submit the Proposed Scheduling Order and Rule 26(f) report to April 29, 2024.

Respectfully submitted,

Date: March 14, 2024

| | |
|---|---|
| /s/ *Douglas B. Welmaker* | /s/ *Gregory T. Lewis* |
| **WELMAKER LAW, PLLC** | **K&L GATES LLP** |
| Douglas B. Welmaker | Brent D. Hockaday |
| State Bar No. 007888641 | State Bar No. 24071295 |
| Doug@welmakerlaw.com | Brent.hockaday@klgates.com |
| 409 N. Fredonia, Suite 118 | 1717 Main Street, Suite 2800 |
| Longview, Texas 75201 | Dallas, Texas 75201 |
| 512-799-2048 | 214-939-5677 |
| **ATTORNEYS FOR PLAINTIFF** | 214-939-5849 (fax) |
| **JULIA GARCIA** | |
| | **Gregory T. Lewis** |
| | State Bar No. 24126111 |
| | Greg.lewis@klgates.com |
| | 2801 Via Fortuna, Suite 650 |
| | Austin, Texas 78746 |
| | 512-482-6809 |
| | 512-482-6859 (fax) |
| | **ATTORNEYS FOR DEFENDANT** |
| | **LACUNA AUTISM SERVICES LLC** |

## <u>CERTIFICATE OF SERVICE</u>

I, Gregory T. Lewis, certify that the foregoing was filed through the ECF system, which will send copies electronically to the registered participants as identified on the Notice of Electronic Filing on this 14th day of March 2024.

*/s/ Gregory T. Lewis*
Gregory T. Lewis
