UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA GARCIA, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>LACUNA AUTISM SERVICES, LLC,<br><br>*Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. SA-24-CA-00141-XR |

## JOINT MOTION TO ABATE PROCEEDINGS

Plaintiff Julia Garcia, on behalf of herself and all others similarly situated, ("Plaintiff") and Defendant Lacuna Autism Services, LLC ("Defendant") (collectively, the "Parties"), through their undersigned counsel, respectfully move the Court to abate the proceedings and would show as follows:

1. On February 12, 2024, Plaintiff filed her complaint against Defendant. *See* ECF No. 1.

2. On February 15, 2024, Plaintiff filed an executed waiver of service of Defendant, which made the deadline for Defendant to answer Plaintiff's complaint April 15, 2024. *See* ECF No. 5.

3. The Parties have conferred about the issues and agreed to submit this case to arbitration pursuant to an arbitration agreement between the Parties that governs the claims at issue in this case.

4. For these reasons, the Parties respectfully request to abate the proceedings to permit the Parties to arbitrate their dispute in accordance with the arbitration agreement.

## CONCLUSION

WHEREFORE, the Parties respectfully request the Court to abate the proceedings.

Respectfully submitted,

Date: March 26, 2024

| | |
|---|---|
| /s/ *Douglas B. Welmaker (with permission)* | /s/ *Brent D. Hockaday* |
| **WELMAKER LAW, PLLC** | **K&L GATES LLP** |
| Douglas B. Welmaker | Brent D. Hockaday |
| State Bar No. 007888641 | State Bar No. 24071295 |
| Doug@welmakerlaw.com | Brent.hockaday@klgates.com |
| 409 N. Fredonia, Suite 118 | 1717 Main Street, Suite 2800 |
| Longview, Texas 75201 | Dallas, Texas 75201 |
| 512-799-2048 | 214-939-5677 |
| **ATTORNEYS FOR PLAINTIFF** | 214-939-5849 (fax) |

**Gregory T. Lewis**
State Bar No. 24126111
Greg.lewis@klgates.com
2801 Via Fortuna, Suite 650
Austin, Texas 78746
512-482-6809
512-482-6859 (fax)
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I, Gregory T. Lewis, certify that the foregoing was filed through the ECF system, which will send copies electronically to the registered participants as identified on the Notice of Electronic Filing on this 26th day of March 2024.

                                                                   */s/ Gregory T. Lewis*
                                                                   Gregory T. Lewis