IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA GARCIA, ON BEHALF OF<br>HERSELF AND ALL OTHERS<br>SIMILARLY SITUATED,;<br>*Plaintiff*<br><br>-vs-<br><br>LACUNA AUTISM SERVICES, LLC,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-24-CV-00141-XR |

**ORDER**

On this day, the Court considered the status of this case. After careful consideration, the Court **GRANTS** the parties' Joint Motion to Abate Proceedings (ECF No. 10).

Accordingly, the Court vacates all remaining deadlines and settings. The Court also finds this case is appropriate for administrative closure pending the outcome of arbitration. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . .").

The Clerk's office is therefore **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Parties may continue to file motions and documents in the case.

It is so **ORDERED**.

**SIGNED** this 27th day of March, 2024.

                                              _____
                                              XAVIER RODRIGUEZ
                                              UNITED STATES DISTRICT JUDGE